**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1864**

_____

TANYA LYNN CETINA,

　　　　　Plaintiff - Appellant,

　　v.

MICHELIN NORTH AMERICA; NEWBOLD SERVICES; CLINT MORGAN; DAVE
MURPHY; DAVE BROWN; DAVE MAUGER,

　　　　　Defendants – Appellees,

　　and

SANDRA CHAVEZ,

　　　　　Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.　Timothy M. Cain, District Judge.
(6:12-cv-02222-TMC-JDA)

_____

Submitted: September 24, 2013　　Decided: September 26, 2013

_____

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Tanya Lynn Cetina, Appellant Pro Se.　Collie William Lehn, Jr.,
Fred W. Suggs, Jr., OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
PC, Greenville, South Carolina; Sima Bhakta Patel, Thomas Louis

Stephenson, NEXSEN PRUET, Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Lynn Cetina seeks to appeal the district court's orders adopting the magistrate judge's recommendation to dismiss her claims against Defendants Dave Mauger and Michelin North America, Incorporated. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because Cetina's claims against several other Defendants remain, the orders Cetina seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED